IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CIERA A. LEMAR, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | No. 14-4606 |
| *Acting Commissioner of Social Security*, | : | |
| Defendant. | : | |

### O R D E R

AND NOW, this ___ day of August, 2014, upon consideration of Ms. Lemar's Brief and Statement of Issues in Support of Request for Review (Docket No. 13) and Defendant's Motion to Remand (Docket No. 15), and after review of United States Magistrate Judge Elizabeth T. Hey's Report and Recommendation (Docket No. 16), to which no objections have been filed,[1] it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED and ADOPTED**.

2. The Commissioner's Motion for Remand is **GRANTED**, Ms. Lemar's Request for Review is deemed **MOOT**, the decision of the Commissioner of the Social Security Administration is **REVERSED**, and the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Judge Strawbridge's Report and Recommendation.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

---

[1] The Local Rules provide that "[a]ny party may object to a magistrate judge's order determining a motion or matter . . . within fourteen (14) days after issuance of the magistrate judge's order . . . ." E.D. Pa. Local R. Civ. P. 72.1(IV)(a). Judge Hey issued her Report and Recommendation on February 24, 2015; objections were therefore due March 11, 2015.

Furthermore, Ms. Lemar's Motion to Dismiss her EAJA Petition as Moot (Doc. No. 18) is **GRANTED**. Ms. Lemar's Petition for Attorneys' Fees Under the Equal Access to Justice Act (Doc. No. 17) is accordingly deemed **MOOT**.

                BY THE COURT:

                <u>S/Gene E.K. Pratter</u>
                GENE E.K. PRATTER
                United States District Judge